No. 96.—Ex parte Felton, peticionario. Noviembre 12, 1934.

(Por la Corte a propuesta del Juez Asociado Sr. Wolf.)

Por cuanto, el peticionario ha presentado una solicitud jurada alegando que es graduado de la Universidad de Nebraska, no solamente en su rama académica sino en la de leyes, alegando además que ha practicado por más de un año en la Corte Suprema del Estado de Nebraska e igualmente por más de un año en la Corte de Distrito de los Estados Unidos para Puerto Rico, requisitos exigidos por la ley 78 de 1928.

Por cuanto, tales alegaciones aparecen satisfactoriamente probadas.

Por tanto, y apareciendo que la Universidad de Nebraska es acreditada, se admite al peticionario al ejercicio de la abogacía en Puerto Rico, sin examen, y se le autoriza a prestar juramento tan pronto como haya sido debidamente endosado por la Comisión de Reputación.

No. 6025.—Brockway Motor Truck Corp. of Porto Rico, aplda., v. Colón y Lorenzi, apltes.—C. D. Ponce. Noviembre 15, 1934.

Por los fundamentos consignados en la opinión emitida en el caso No. 6024, *Brockway Motor Truck Corp. of Porto Rico, demandante-apelada*, v. *Carlos R. Colón Rosich, demandado-apelante*, se confirma la sentencia apelada que dictó la Corte de Distrito de Ponce en el presente caso con fecha 1 de mayo de 1931.

No. 6566.—Central Eureka, Inc., aplda., *v.* Fajardo, aplte.—C. D. Mayagüez. Diciembre 14, 1934.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

Celebrada la vista de estas apelaciones el 13 de diciembre actual con asistencia de los abogados de ambas partes, examinada la transcripción de los autos y estudiados los alegatos presentados, no apareciendo que la corte de distrito dejara de apreciar debidamente todas las circunstancias que concurren ni menos que abusara de su discreción al fijar en quinientos dólares la cuantía de los honorarios de abogado, se declaran sin lugar ambas apelaciones quedando así confirmada la resolución recurrida que dictó la Corte de Distrito de Mayagüez el 7 de noviembre de 1933.